MARTIN v. CITY OF NEW YORK et al.

(Supreme Court, Special Term, New York County. August, 1902.)

1. NUISANCE—DEPOSIT OF GARBAGE BY CITY—INJUNCTION—PENDENTE LITE—
   AFFIDAVITS.
   Where, on an application for an injunction pendente lite to restrain a city from depositing garbage, defendant's affidavits show the inconvenience too inconsiderable for denomination as a nuisance, and the system adopted seems to minimize any inconvenience from smell, the injunction will not be granted.

Suit by Michael Martin against the city of New York and others. Motion for an injunction pendente lite to restrain deposit of garbage. Motion denied.

Cornelius J. Early, for the motion.

George L. Rives, Corp. Counsel (Terence Farley, of counsel), opposed.

GIEGERICH, J.   Upon the question of the degree of smell aris-
ing from the filling in of Riker's Island, the affidavits are in absolute.
conflict.   If the defendants' averments are to be accepted, there is
no ground for an injunction, since the matter complained of is dis-
closed to be too inconsiderable· for denomination as a nuisance, and
I find no good reason for holding that the preponderance is with
the plaintiff.   The system adopted by the city for the avoidance of
smell would apparently suffice to minimize any possible inconvenience,
and there is no warrant for my assuming that this system has not
been carried out.   Slight inconvenience to some individuals· must
sometimes result from the necessities of disposing of the garbage of a
great city, and I am not prepared to say, upon the papers before
me, that the existence of any serious ground of complaint has been
proven by the weight of the evidence.   The consequences of an in-
junction in this case would be too serious to be justified by the as-
sumption that the plaintiff may have a probable cause of action,
where the actual proof presented is not persuasive, and I conclude
that the right to an injunction should not be determined upon these
affidavits favorably to the plaintiff before trial.

Motion denied, with $10 costs.